<u>TUESDAY, MARCH 18, 2014</u>

<u>Coram</u>: CHAGARES, GREENAWAY, Jr., and VANASKIE, Circuit Judges

S U B M I T T E D

<u>No. 12-4432</u>
Pursuant to 3rd Cir. LAR 34.1(a)

ANGELA MILLER,
         Appellant
v.
THOMAS JEFFERSON
UNIVERSITY
HOSPITAL; et al.

_____

<u>Nos. 13-2298/13-2377</u>
Pursuant to 3rd Cir. LAR 34.1(a)

WENDELL KIRKLAND;
ANTHONY KIRKLAND
v.
LOUIS M.J. DILEO;
CITY OF LINDEN
LOUIS M.J. DILEO,
         Appellant in 13-2298

\_\_\_\_

WENDELL KIRKLAND;
ANTHONY KIRKLAND
v.
LOUIS M.J. DILEO;
CITY OF LINDEN

CITY OF LINDEN,
`          Appellant in 13-2377

PAGE TWO – CONTINUED                    TUESDAY, MARCH 18, 2014

Coram: CHAGARES, GREENAWAY, Jr., and VANASKIE, Circuit Judges

No. 13-2642
Pursuant to 3rd Cir. LAR 34.1(a)

CHRISTINE MAYS;
MARK MAYS, (h/w),
　　　　　　Appellants
v.
GENERAL BINDING
CORPORATION; et al.

_____

No. 13-2836
Pursuant to 3rd Cir. LAR 34.1(a)

UNITED STATES OF AMERICA
v.
MICHAEL NORWOOD,
　　　　　　Appellant

_____

No. 13-3554
Pursuant to 3rd Cir. LAR 34.1(a)

UNITED STATES OF AMERICA
v.
ADRIANO SOTOMAYER,
a/k/a Arnaldo Morrell
a/k/a Adrian Rodriguez
a/k/a Angel Rodriguez
a/k/a Luis Rodriguez

ADRIANO SOTOMAYER,
　　　　　　Appellant